UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **RAMON CUELLAR-HERNANDEZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| v. | § | |
| | § | |
| **MARY DE ANDA-YBARRA,** *in her* | § | |
| *official capacity as* Field Office Director of | § | |
| Enforcement and Removal Operations, El | § | |
| Paso Field Office, Immigration and Customs | § | |
| Enforcement; | § | **EP-26-CV-00375-DCG** |
| **WARDEN,** ERO El Paso Camp East | § | |
| Montana Detention Facility, | § | |
| **TODD M. LYONS**, *in his official capacity* | § | |
| *as* Acting Director, Immigration and | § | |
| Customs Enforcement; | § | |
| **MARKWAYNE MULLIN,** Secretary, U.S. | § | |
| Department of Homeland Security; | § | |
| **TODD BLANCHE,** Acting U.S. Attorney | § | |
| General; | § | |
| | § | |
| *Respondents*. | § | |

**FINAL JUDGMENT**

The Court previously granted Petitioner Ramon Cuellar-Hernandez's Petition for Writ of

Habeas Corpus (ECF No. 1) in part and directed the Clerk to close this case.[1]  The Court now

enters its Final Judgment under Federal Rule of Civil Procedure 58.[2]

For the reasons stated in the Court's "Order Granting Petition" (ECF No. 9), the Court

**PARTIALLY GRANTS** Petitioner Ramon Cuellar-Hernandez's Petition for Writ of Habeas

Corpus (ECF No. 1).

_____

[1] *See* Order Granting Pet., ECF No. 9.

[2] *See* FED. R. CIV. P. 58(a) (providing that "every judgment . . . must be set out in a separate document").

- 2 -

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**So ORDERED and SIGNED this 21st day of July 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**